UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 25-20059-CR-ALTONAGA/REID

CASE NO. _____

18 U.S.C. § 1001(a)(2)

UNITED STATES OF AMERICA

vs.

CHENGZHE WANG,

Defendant.

_____/

FILED BY _____ **BM** _____ D.C.

**Feb 11, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Material False Statement to Government Agency
### (18 U.S.C. § 1001(a)(2))

On or about January 15, 2025, at the Miami International Airport, in Miami-Dade County, in the

Southern District of Florida, in a manner within the jurisdiction of the United States Customs and Border

Protection, an agency of the executive branch of the United States Government, the defendant,

**CHENGZHE WANG,**

did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a

material fact, in that, during a routine secondary examination and interview, he falsely represented that

he had no connection to any foreign government and was not a member of any Chinese Communist Party

organization, when, in truth and in fact, as the defendant knew, he did have a connection to a foreign

[SPACE INTENTIONALLY LEFT BLANK]

government and was a member of a Chinese Communist Party organization, in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

███████████

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

AJAY J. ALEXANDER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

CHENGZHE WANG,

_____/
Defendant.

**Court Division** (select one)
☑ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Mandarin

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☑ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Jonathan Goodman Magistrate Case No. 25-MJ-02093

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of January 15, 2025

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
AJAY J. ALEXANDER
Assistant United States Attorney
SDFL Court ID No. A5502506

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   CHENGZHE WANG

**Case No**:

Count 1

Material False Statement to Government Agency

Title 18, United States Code, Section 1001(a)(2)

**\* Max. Term of Imprisonment:** 5 years

**\* Mandatory Min. Term of Imprisonment (if applicable):** N/A

**\* Max. Supervised Release:** 1 years

**\* Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**